JOHN COPCUTT, Respondent, *v.* THE CITY OF YONKERS et al., Appellants.

(Argued October 8, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 12, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Joseph F. Daly* for appellants.

*Ralph E. Prime* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.